COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-354-CV

 

 

ELIZABETH A. ROHR                                                            APPELLANT

 

                                                   V.

 

RALPH CRAIG SAUNDERS                                                       APPELLEE

 

                                               ----------

 

             FROM
THE 211TH DISTRICT COURT OF DENTON COUNTY

 

                                              ------------

 

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

 

                                              ------------

 

On May 14, 2008, we notified
appellant, in accordance with rule of appellate procedure 42.3(c), that we
would dismiss this appeal unless the $175 filing fee was paid.  See Tex.
R. App. P. 42.3(c).  Appellant has
not paid the $175 filing fee.  See
Tex. R. App. P. 5, 12.1(b).








Because appellant has failed
to comply with a requirement of the rules of appellate procedure and the Texas
Supreme Court=s order of
August 28, 2007,[2]
we dismiss the appeal.  See Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs
of this appeal, for which let execution issue. 
See Tex. R. App. P.
43.4.

 

PER CURIAM

 

PANEL
D:  WALKER, J.; CAYCE, C.J.; and MCCOY,
J.  

 

DELIVERED:  June 5, 2008 












[1]See Tex. R. App. P. 47.4.





[2]See
Supreme Court of Tex., Order Regarding Fees Charged in Civil Cases in the
Supreme Court and the Courts of Appeals and Before the Judicial Panel on
Multidistrict Litigation, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing
fees in court of appeals).